# Court of Appeals
# of the State of Georgia

ATLANTA,    April 12, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0302.  MIRA BROWN et al. v. RAC ACCEPTANCE.**

On February 23, 2016, the trial court entered an order confirming the arbitration award and a final judgment in favor of the defendant in this action for malicious prosecution. Mira Brown filed a timely application for discretionary appeal from the judgment.  However, no provision of OCGA § 5-6-35 (a) requires the filing of a discretionary application from such an order. Therefore, the order is subject to direct appeal. See, e. g., *Green Tree Servicing v. Jones*, 333 Ga. App. 184) (775 SE2d 714) (2015).

Ordinarily, we will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6- 35 (j).  Accordingly, this application is hereby GRANTED.  Brown shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, she has already filed a notice of appeal from the order at issue, she need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*    04/12/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*